U.S. Department of Justice   Executive Office for United States Attorneys   U.S. Attorneys

| | |
|---|---|
| Name of Defendant:<br>Bret S. Naggs | Address: City, State and ~~Co~~<br>Cedarburg, WI ~~xxx12~~ |
| Date of Birth:<br>xx/xx/1966 | Occupation:<br>Accountant |
| Name of Defendant's Attorney:<br>Mark Cameli | Address of Defendant's Attorney:<br>Reinhart Boener, Van Dueren SC, 1000 North Water Street, Suite 1700, Milwaukee, WI 53202 |

Name of U.S. Attorney:
Paul Kanter

| | | | |
|---|---|---|---|
| Has warrant been issued?<br>☐ YES  ☒ NO | When? | | By Whom? |
| Has warrant been executed?<br>☐ YES  ☒ NO | When? | | Where? |
| Has defendant appeared before a Magistrate?<br>☐ YES  ☒ NO | When? | | Who? |
| Is the defendant in custody?<br>☐ YES  ☒ NO | Where? | | |

Pretrial Scheduling Conference Necessary?  ☒ YES     ☐ NO

| Issue:<br>WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☒ |

Milwaukee Case ☒    Green Bay Case ☐    County:

**THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN**

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 1 | 2014-1/2017 | Conspiracy to make false statements to public company's accountants and to falsify books, records, and accounts of a public company<br>*Title 18 USC 371* | Five Years |
| 2 | 2014-1/2017 | Conspiracy to commit securities & wire fraud<br>*Title 18 USC 1349* | 30 Years |
| 3-5 | 2014-1/2017 | Securities Fraud<br>*Title 18 USC 1348* | 25 years each |
| 6-9 | 1/2015 – 1/2016 | Wire Fraud<br>*Title 18 USC 1343* | 30 years each |

Agency/Agent:   FBI-Milwaukee, Department of Transportation - OIG

OCDETF: ☐ YES    ☒ NO

**18-CR-130**

**SEALED**

U.S. Department of Justice   Executive Office for United States Attorneys   U.S. Attorneys

| Name of Defendant:<br>Mark R. Wogsland | Address: City, State and Zip<br>Cedarburg, WI 53012 |
|---|---|
| Date of Birth:<br>xx/xx/1965 | Occupation:<br>Accountant |
| Name of Defendant's Attorney:<br>Junaid Zubaira & Ryan Hedges | Address of Defendant's Attorney:<br>VedderPrice, 222 North LaSalle Street Chicago, Illinois 60601 |
| Name of U.S. Attorney:<br>Paul Kanter | |

| Has warrant been issued?<br>☐ YES  ☒ NO | When? | By Whom? |
|---|---|---|
| Has warrant been executed?<br>☐ YES  ☒ NO | When? | Where? |
| Has defendant appeared before a Magistrate?<br>☐ YES  ☒ NO | When? | Who? |
| Is the defendant in custody?<br>☐ YES  ☒ NO | Where? | |

Pretrial Scheduling Conference Necessary?   ☒ YES   ☐ NO

| Issue:<br>WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☒ |

Milwaukee Case ☒   Green Bay Case ☐   County:

**THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN**

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 1 | 2014-1/2017 | Conspiracy to make false statements to public company's accountants and to falsify books, records, and accounts of a public company<br>*Title 18 USC 371* | Five Years |
| 2 | 2014-1/2017 | Conspiracy to commit securities & wire fraud<br>*Title 18 USC 1349* | 30 Years |
| 3-5 | 2014-1/2017 | Securities Fraud<br>*Title 18 USC 1348* | 25 years each |
| 6-9 | 1/2015 – 1/2016 | Wire Fraud<br>*Title 18 USC 1343* | 30 years each |

**Agency/Agent:**   FBI-Milwaukee, Department of Transportation - OIG

**OCDETF:** ☐ YES   ☒ NO

Case 2:18-cr-00130-LA-NJ   Filed 06/12/18   Page 2 of 2   Document 1-1