# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**　　　　　　　　　　　　　　　　　　**Case No. 18-CR-130**

**BRET NAGGS, et. al.**
    **Defendants.**

## ORDER

Based on the continuance of the pre-trial proceedings before the magistrate judge,

**IT IS ORDERED** that the final pre-trial set for May 31, 2019, and the trial set for June 10, 2019, are adjourned. The court will address further scheduling on completion of the pre-trial proceedings before the magistrate judge.

Dated at Milwaukee, Wisconsin, this 9th day of May, 2019.

                                            /s/ Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge