UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 18-CR-130

BRETT NAGGS, MARK WOGSLAND,
and PETER ARMBRUSTER,

    Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's May 31, 2019 Order, the parties have conferred regarding a schedule for pretrial motions and submit this Joint Status Report setting forth the parties' agreement. For discussion at the June 20, 2019 status hearing, and subject to the Court's approval, the parties agree to comply with the following schedule and deadlines:

**1.    Pretrial motion schedule.**

    (a)    Any pretrial motions shall be filed on or before October 18, 2019.

    (b)    Response memoranda shall be filed on or before November 18, 2019.

    (c)    Reply memoranda shall be filed on or before December 18, 2019.

**2.    Status Hearing.**

    (a)    The parties request a status hearing approximately 30 days before the pretrial motion filing deadline, on or about September 19, 2019.

    (b)    The parties will confirm the above deadlines and schedule at the status hearing on September 19, 2019. Any request by any party to adjourn the above pretrial motion schedule shall be made at the status hearing, or by motion before the status hearing.

Contemporaneously with the filing of this Joint Status report, the parties submitted a proposed order to the Court at JosephPO@wied.uscourts.gov that reflects the agreement set forth herein.

Dated this 19th day of June, 2019.

/s/ *Ryan S. Hedges*
Ryan S. Hedges, IL SBN 6284872
Junaid Zubairi, IL SBN 6278783
Jonathon P. Reinisch, IL SBN 6317528
Vedder Price P.C.
222 N. LaSalle St.,
Chicago, IL 60601
Telephone: (312) 609-7500
Fax: (312) 609-5005
E-mail: rhedges@vedderprice.com
jzubairi@vedderprice.com
jreinisch@vedderprice.com

*Attorneys for Defendant Mark Wogsland*

## **CERTIFICATE OF SERVICE**

      I, Ryan S. Hedges, certify that the foregoing has been served on all attorneys of record in the above-captioned case via the CM/ECF electronic filing system.


Dated: June 19, 2019                                          /s/ Ryan S. Hedges
                                                                                       Ryan S. Hedges