IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                            Case No. 18-CR-130

BRET NAGGS, MARK WOGSLAND, and
PETER ARMBRUSTER,

        Defendants.

## **DEFENDANT MARK WOGSLAND'S MOTION FOR *SANTIAGO* PROFFER**

Defendant Mark Wogsland, by his undersigned counsel, hereby moves for an order requiring the government to file a written *Santiago* proffer with 60 days, identifying all co-conspirators and any co-conspirator statements it intends to present at trial. In support of the motion, Mr. Wogsland adopts and incorporates the Memorandum of Law submitted by co-defendant Bret Naggs on October 18, 2019.

Respectfully submitted this 18th day of October, 2019.

Respectfully submitted,

MARK WOGSLAND

By:    s/ Ryan S. Hedges
          One of His Attorneys

Ryan S. Hedges – IL Bar # 6284872
Junaid A. Zubairi – IL Bar # 6278783
Jonathon P. Reinisch – IL Bar # 6317528
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
rhedges@vedderprice.com

Dated: October 18, 2019

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing motion was served on all attorneys of record in the above captioned case via the CM/ECF electronic filing system on October 18, 2019.

/s/ Ryan S. Hedges
Ryan S. Hedges