IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRET NAGGS, MARK WOGSLAND, and PETER ARMBRUSTER,<br><br>    Defendants. | Case No. 18-CR-130 |

## **DEFENDANT MARK WOGSLAND'S MOTION FOR BILL OF PARTICULARS**

Defendant Mark Wogsland, by his undersigned counsel, hereby moves for a bill of particulars pursuant to Federal Rule of Criminal Procedure 7(f). In support of the motion, Mr. Wogsland adopts and incorporates the Memorandum of Law submitted by co-defendant Peter Armbruster on October 18, 2019.

Respectfully submitted this 18th day of October, 2019.

                                                               Respectfully submitted,

                                                               MARK WOGSLAND

                                                       By:    s/ Ryan S. Hedges
                                                                    One of His Attorneys

Ryan S. Hedges – IL Bar # 6284872
Junaid A. Zubairi – IL Bar # 6278783
Jonathon P. Reinisch – IL Bar # 6317528
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
rhedges@vedderprice.com

Dated: October 18, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing motion was served on all attorneys of record in the above captioned case via the CM/ECF electronic filing system on October 18, 2019.

/s/ Ryan S. Hedges
Ryan S. Hedges