UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                             Case No. 18-CR-130

BRET NAGGS, MARK WOGSLAND,
and PETER ARMBRUSTER,

      Defendants.

---

### DEFENDANT NAGGS'S REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS INDICTMENT OR, IN THE ALTERNATIVE, FOR A *KASTIGAR* HEARING, TO SUPPRESS GRAND JURY TESTIMONY, FOR DISCLOSURE OF GRAND JURY MATERIALS, AND FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING AND ADDITIONAL PRE-TRIAL MOTIONS AS NECESSARY

---

      Defendant Bret Naggs, by his undersigned counsel, hereby fully adopts and joins the Reply Brief submitted by co-defendant Mark Wogsland. No other brief will be filed.

      Respectfully submitted this 18th day of December, 2019.

                                                              /s/ *Michelle L. Jacobs*
                                                              Michelle L. Jacobs, SBN 1021706
                                                              Steven M. Biskupic, SBN 1018217
                                                              Vanessa K. Eisenmann, SBN 1084012
                                                              Biskupic & Jacobs, S.C.
                                                              1045 W. Glen Oaks Lane, Suite 106
                                                              Mequon, WI 53092
                                                               Telephone: (262) 241-0033
                                                               Fax: (866) 700-7640
                                                               E-mail: mjacobs@biskupicjacobs.com

                                                              *Attorneys for Defendant Bret Naggs*