UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No. 18-CR-130

BRET NAGGS, MARK WOGSLAND,
and PETER ARMBRUSTER,

    Defendants.

---

**DEFENDANT NAGGS'S REPLY IN FURTHER SUPPORT OF
MOTION TO COMPEL**

---

Defendant Bret Naggs, by his undersigned counsel, hereby fully adopts and joins the Reply Brief submitted by co-defendant Mark Wogsland. No other brief will be filed.

Respectfully submitted this 18th day of December, 2019.

                                                            /s/ *Michelle L. Jacobs*
                                                            Michelle L. Jacobs, SBN 1021706
                                                            Steven M. Biskupic, SBN 1018217
                                                            Vanessa K. Eisenmann, SBN 1084012
                                                            Biskupic & Jacobs, S.C.
                                                           1045 W. Glen Oaks Lane, Suite 106
                                                           Mequon, WI 53092
                                                           Telephone: (262) 241-0033
                                                           Fax: (866) 700-7640
                                                           E-mail: mjacobs@biskupicjacobs.com

                                                           *Attorneys for Defendant Bret Naggs*