IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRET NAGGS, MARK WOGSLAND, and PETER ARMBRUSTER, <br><br> Defendants. | Case No. 18-CR-130 |

## DEFENDANT MARK WOGSLAND'S REPLY IN SUPPORT OF MOTION FOR *SANTIAGO* PROFFER

Defendant Mark Wogsland, by his undersigned counsel, hereby adopts and incorporates the Reply brief submitted by co-defendant Bret Naggs on December 18, 2019. No additional brief will be filed by Mr. Wogsland.

Respectfully submitted,

MARK WOGSLAND

By:  /s/ Ryan S. Hedges
   One of His Attorneys

Ryan S. Hedges – IL Bar # 6284872
Junaid A. Zubairi – IL Bar # 6278783
Jonathon P. Reinisch – IL Bar # 6317528
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500
rhedges@vedderprice.com
jzubairi@vedderprice.com
jreinisch@vedderprice.com

Dated:  December 18, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served on all attorneys of record in the above captioned case via the CM/ECF electronic filing system on December 18, 2019.

                                                        /s/ Ryan S. Hedges
                                                        Ryan S. Hedges