IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRET NAGGS, MARK WOGSLAND, and
PETER ARMBRUSTER,

        Defendants.

Case No. 18-CR-130

## DEFENDANT MARK WOGSLAND'S REPLY IN SUPPORT OF MOTION FOR BILL OF PARTICULARS

Defendant Mark Wogsland, by his undersigned counsel, hereby adopts and incorporates

the Reply brief submitted by co-defendant Peter Armbruster on December 18, 2019.  No other

brief will be filed by Mr. Wogsland.

Respectfully submitted,

MARK WOGSLAND

By:   .s/ Ryan S. Hedges
      One of His Attorneys

Ryan S. Hedges – IL Bar # 6284872
Junaid A. Zubairi – IL Bar # 6278783
Jonathon P. Reinisch – IL Bar # 6317528
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500
rhedges@vedderprice.com
jzubairi@vedderprice.com
jreinisch@vedderprice.com

Dated:  December 18, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all attorneys of record in the above captioned case via the CM/ECF electronic filing system on December 18, 2019.

/s/ Ryan S. Hedges
Ryan S. Hedges