# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  v.                                        **Case No. 18-CR-130**

**BRET NAGGS, et. al.**
        **Defendants.**

## SCHEDULING ORDER

**IT IS ORDERED** that this matter is scheduled for final pre-trial on **Friday, October 16, 2020, at 11:15 a.m.**, and trial on **Monday, October 26, 2020, at 10:00 a.m.** Given the complexity of the case, the court finds that the ends of justice served by so continuing the case outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7).

Dated at Milwaukee, Wisconsin, this 14th day of January, 2020.

                                                    s/ Lynn Adelman
                                                    LYNN ADELMAN
                                                    District Judge