IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-CR-130 |
| BRET NAGGS, MARK WOGSLAND, and PETER ARMBRUSTER, | |
| Defendants. | |

**DEFENDANT MARK WOGSLAND'S RULE 23(a) MOTION
REQUESTING WAIVER OF JURY TRIAL AND APPROVAL OF BENCH TRIAL**

Defendant Mark Wogsland, by his undersigned counsel, hereby moves for an order granting a jury trial waiver and approving a bench trial pursuant to Federal Rule of Criminal Procedure 23(a). In support of the motion, Mr. Wogsland adopts and incorporates the memorandum of law submitted by co-defendant Peter Armbruster on September 10, 2020 (ECF 169). Mr. Wogsland seeks this relief in the alternative to, and without waiver of, his arguments set forth in the pending Motion to Dismiss, which seeks case dispositive and other relief that may inform or moot the relief sought by this Motion. (*See* ECF 87, 113, 139, and 155).

Respectfully submitted this 10th day of September, 2020.

                Respectfully submitted,

                MARK WOGSLAND

        By:    s/ Ryan S. Hedges
                One of His Attorneys

Ryan S. Hedges – IL Bar # 6284872
Junaid A. Zubairi – IL Bar # 6278783
Jonathon P. Reinisch – IL Bar # 6317528
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500
rhedges@vedderprice.com
jzubairi@vedderprice.com
jreinisch@vedderprice.com

Dated: September 10, 2020

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing motion was served on all attorneys of record in the above captioned case via the CM/ECF electronic filing system on September 10, 2020.

                                   /s/ Ryan S. Hedges
                                   Ryan S. Hedges