UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                Case No. 18-CR-130

BRET NAGGS, MARK WOGSLAND,
and PETER ARMBRUSTER,

    Defendants.

---

## RULE 23(a) MOTION FOR
## WAIVER OF JURY TRIAL AND APPROVAL OF BENCH TRIAL

---

Defendant Bret Naggs, by and through undersigned counsel, hereby respectfully moves this Court for an order granting a jury trial waiver and approving a bench trial under Fed. R. Crim. P. 23(a). In support of the motion, Defendant Naggs adopts and incorporates the memorandum of law submitted by co-defendant Peter Armbruster (Docket entry 169).

Respectfully submitted this 10th day of September, 2020.

                                                              /s/ *Michelle L. Jacobs*
                                                              Michelle L. Jacobs, SBN 1021706
                                                              Steven M. Biskupic, SBN 1018217
                                                              Biskupic & Jacobs, S.C.
                                                              1045 W. Glen Oaks Lane, Suite 106
                                                              Mequon, WI 53092
                                                              Telephone: (262) 241-0033
                                                              Fax: (866) 700-7640
                                                              E-mail: mjacobs@biskupicjacobs.com

                                                              *Attorneys for Defendant Bret Naggs*