UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 18-CR-130

BRET NAGGS,

    Defendant.

## NOTICE OF APPERANCE

Please take notice that Bret Naggs appears by counsel, Justin J. Dreikosen, Biskupic & Jacobs S.C.

Dated this <u>4th</u> day of January, 2021.

                                                    **BISKUPIC & JACOBS, S.C.**

                                                    By: <u>/s/ Justin J. Dreikosen</u>
                                                    **Justin J. Dreikosen**, SBN 1094426
                                                    Biskupic & Jacobs, S.C.
                                                    1045 West Glen Oaks Lane, Suite 106
                                                    Mequon, WI 53092
                                                    <u>jdreikosen@biskupicjacobs.com</u>
                                                    Office: 262-241-0033
                                                    Fax: 866-700-7640