**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

UNITED STATES OF AMERICA

    Plaintiff,

    v.

BRET NAGGS, et. al.,

    Defendants.

**Case No. 2:18-CR-130-LA-NJ-3**

## SCHEDULING ORDER

On agreement,

**IT IS ORDERED** that:

1. Government disclosures of Rule 404(b) evidence were due by **April 27, 2021**.

2. Government expert disclosures were due by **April 30, 2021**. Defense expert disclosures are due by **May 14, 2021**.

3. Pretrial motions, other than motions arising from the objections referenced in Paragraphs 5 and 7 below, are due by **May 21, 2021**. Responses are due by **June 4, 2021**. Replies in support of pretrial motions are due by **June 11, 2021**.

4. Preliminary jury instructions and voir dire are due by **June 4, 2021**. Responses to proposed jury instructions and voir dire are due by **June 11, 2021**.

5. Government witness list and exhibits are due by **June 14, 2021**. Defense objections to (a) the authenticity of any exhibit or (b) hearsay for non-communication business record exhibits are due by **June 21, 2021**.

6. Final pretrial will proceed **June 30, 2021 at 1:30 p.m.**

7. Defense witness lists and exhibits are due by **July 5, 2021**. Government objections to (a) the authenticity of any exhibit or (b) hearsay for non-communication business record exhibits are due by **July 12, 2021**.

8. Trial will begin **July 12, 2021 at 8:30 a.m.**

Dated at Milwaukee, Wisconsin this 19th day of May, 2021.

BY THE COURT

s/Lynn Adelman
LYNN ADELMAN
District Judge