UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 18 CR 130 |
| | ) | |
| BRET NAGGS | ) | |

## VERDICT

We, the jury find as follows with respect to the charges against the defendant, BRET NAGGS:

| | NOT GUILTY | GUILTY |
|---|:---:|:---:|
| COUNT ONE: | ☒ | ☐ |
| COUNT TWO: | ☒ | ☐ |
| COUNT SIX: | ☒ | ☐ |
| COUNT SEVEN: | ☒ | ☐ |
| COUNT EIGHT: | ☒ | ☐ |
| COUNT TEN: | ☒ | ☐ |
| COUNT ELEVEN: | ☒ | ☐ |
| COUNT TWELVE: | ☒ | ☐ |
| COUNT FOURTEEN | ☒ | ☐ |
| COUNT FIFTEEN: | ☒ | ☐ |

Date: _____7-29_____, 2021